UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAWANA BROWN,

    Petitioner,

v.                                            Case No. 4:19-cv-504-AW/MJF

UNITED STATES DEPARMTENT OF
JUSTICE and WARDEN,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

This habeas action is before this court on referral from the clerk of the court.[1] On October 10, 2019, Petitioner Kawana Brown filed a habeas corpus petition under 28 U.S.C. § 2241. Petitioner neither applied for leave to proceed *in forma pauperis* nor paid the $5.00 filing fee.

On November 5, 2019, this court ordered Petitioner to pay the $5.00 filing fee or file an application to proceed *in forma pauperis*. (Doc. 3). The clerk of the court provided Petitioner the necessary forms, and the undersigned warned Petitioner that failure to comply with the order likely would result in dismissal of this case. (*Id.*).

---

[1] The case was referred to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2; *see also* 28 U.S.C. § 636(b); Fed R. Civ. P. 72(b).

Petitioner has not complied with the November 5, 2019, order and has not responded to the December 18, 2019, order (Doc. 4) requiring Petitioner to show cause why this case should not be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with two court orders and Petitioner's failure to pay the filing fee.[2]

2. The clerk of the court be directed to close the case file.

At Panama City, Florida, this 29th day of January, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order"); *see also* N.D. Fla. Loc. R. 5.3 (requiring parties who file a civil case to simultaneously either pay any fee required under 28 U.S.C. § 1914 or move for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915, using the court form).

**object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**