# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KAWANA BROWN,**

    **Petitioner,**

**v.**           Case No. 4:19-cv-504-AW-MJF

**WARDEN, F.C.I. TALLAHASSEE, and UNITED STATES DEPARTMENT OF JUSTICE,**

    **Respondents.**

_____/

## **ORDER OF DISMISSAL**

The Court has considered the magistrate judge's January 29, 2020 Report and Recommendation. ECF No. 5. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation is accepted and adopted as the Court's order.

2. The Clerk shall enter a judgment saying: "This case is dismissed without prejudice for failure to comply with two court orders and for failure to pay the filing fee."

3. The Clerk shall close the file.

SO ORDERED on March 5, 2020.

                         s/ *Allen Winsor*
                         United States District Judge